**Todd HARPER, Employee/Respondent,**

v.

**NATIONAL SUPER MARKETS, INC.,**
**Employer–Insurer/Appellant.**

Nos. 68088, 68291.

Missouri Court of Appeals,
Eastern District,
Division One.

March 12, 1996.

Randee E. Schmittdiel, St. Louis, for appellant.

Nile D. Griffiths, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and RHODES, JJ.

### ORDER

PER CURIAM.

Employer appeals the award of temporary total disability and permanent partial disability to claimant by the Labor and Industrial Relations Commission (Commission). We affirm. The findings and conclusions of the Commission are not erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).